IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ROBERT SCOTT PHILPOTT                                                      PLAINTIFF

    v.                                Civil No. 08- 2135

OFFICER GRISIM, Fort Smith
Police Department                                                          DEFENDANT

## ORDER

Plaintiff filed a motion for leave to proceed *in forma pauperis* (Doc. 3). The motion is granted.

IT IS SO ORDERED this 1st day of April 2009.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

-1-

**AO72A**
**(Rev. 8/82)**