IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ROBERT SCOTT PHILPOTT                                                              PLAINTIFF

     v.                     Civil No. 08- 2135

OFFICER GRISIM, Fort Smith
Police Department                                                                  DEFENDANT

**O R D E R**

Plaintiff filed a civil rights action pursuant to the provisions of 42 U.S.C. § 1983.  Before the undersigned is the issue of whether the complaint should be served.  In order to assist the court in making such determination, it is necessary that plaintiff provide additional information with respect to his claims.

Accordingly, it is ordered that plaintiff, Robert Scott Philpott, complete and sign the attached addendum to his complaint, and return the same to the court **by April 20, 2009. Plaintiff is advised that should he fail to return the completed and executed addendum by April 20, 2009, his complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

IT IS SO ORDERED this 1st day of April 2009.

                                                  /s/ *J. Marschewski*
                                                 HON. JAMES R. MARSCHEWSKI
                                                 UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ROBERT SCOTT PHILPOTT                                                                        PLAINTIFF

      v.                             Civil No. 08- 2135

OFFICER GRISIM, Fort Smith
Police Department                                                                                   DEFENDANT

## ADDENDUM TO COMPLAINT

TO: ROBERT SCOTT PHILPOTT

      This form is sent to you so that you may assist the court in making a determination as to the issue of whether your complaint should be served upon the defendant. Accordingly, it is required that you fill out this form and send it back to the court **by April 20, 2009**. Failure to do so will result in the dismissal of your complaint.

      The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form. If you need additional space, you may attach additional sheets of paper to this addendum.

## RESPONSE

      In your complaint, you allege that your constitutional rights were violated on November 25, 2008, when Officer Grisim, an employee of the Fort Smith Police Department, working at the Central Mall, denied you and Edward Starr the "right to come together in the name of Yahweh (God). You allege Grisim slandered your name and made you look like you were a criminal. You state you are ordained through the Universal Life Church and are a member of the Christian Motorcyclist Association.

1. Was Officer Grisim on duty as a police officer for the City of Fort Smith at the time of this incident?

Answer: Yes _____ No _____.

If you answered yes, please explain why the police were called to the mall.

_____

_____

_____

If you answered no, please explain: (a) in what capacity Officer Grisim was at the mall; (b) whether he was in a Fort Smith Police Department uniform; (c) whether he was carrying a firearm; and (d) whether he identified himself as a Fort Smith police officer or how he identified himself.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

2. Please explain where in the mall you were attempting to meet with Edward Starr.

Answer:

_____

_____

_____

_____

_____

3. Were you meeting with Starr in private or were there other people present?

Answer:

_____

_____

_____

_____

_____

_____

4. You allege Officer Grisim denied you and Starr the right to come together in the name of Yahweh. Were you arrested?

Answer: Yes _____ No _____.

If you answered yes, please state: (a) what you were charged with; and (b) how these

charges were disposed of.

_____

_____

_____

_____

_____

      If you answered no, please explain how he denied you this right.

_____

_____

_____

_____

_____

_____

_____

_____

      5. (A). You state you were slandered. Please explain in detail how you were slandered.

         Answer:

_____

_____

_____

**AO72A**
**(Rev. 8/82)**

_____

_____

      (B).   You state you were made to look like you were a criminal.  Please explain in detail what you mean by this.

_____

_____

_____

_____

      (C).   You state Grisim took away a lot of the progress you and Starr had been making in the church.  Please explain what you mean by this.

      Answer:

_____

_____

_____

_____

_____

_____

_____

      6.   Is your church located in Central Mall?

Answer:  Yes _____  No _____

If you answered yes, please state where the church is located.

_____

_____

_____

_____

If you answered no, please state where the church is located.

_____

_____

_____

_____

I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY THE VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

_____
ROBERT SCOTT PHILPOTT

_____
DATE

(Rev. 8/82)