```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FORT SMITH DIVISION
```

ROBERT SCOTT PHILPOTT                                          PLAINTIFF

    V.                        Civil No. 08-2135

OFFICER GRISIM, Fort Smith
Police Department                                              DEFENDANT

## O R D E R

On this 11th day of June 2009, there comes on for consideration the report and recommendation filed in this case on May 21, 2009, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 6). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute and to obey the orders of this Court. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

```
                          /s/ Robert T. Dawson
                          Honorable Robert T. Dawson
                          United States District Judge
```

**AO72A**
**(Rev. 8/82)**